ALBANY,
Oct. 1825

Jackson
v.
Delancy.

## Ex parte DAVIS and SOWLE.

ON dismissing an appeal as irregularly brought, by Davis and Sowle against Waugh, from a justice's court to the C. P. of Monroe, the parties being in Court, and the motion being opposed, that Court awarded costs of the motion against the appellants; and now,

Though a C. P. cannot entertain jurisdiction of a cause, on appeal, if the bond be defective; yet on quashing the appeal for that cause, the parties being before them, they have jurisdiction of the person; and may award the costs of the motion.

*J. Platt*, moved for a mandamus, commanding that Court to vacate the rule, on the ground that they had no jurisdiction for any purpose; and he cited *Ex parte Shethar*, (4 Cowen's Rep. 540,) and *Ex parte Chryslin*, (id. 80;) also Laws, sess. 47, ch. 238, s. 36, p. 295.

The motion was not opposed; but

*Per Curiam.* These parties were before the Court, who, we think, had jurisdiction over their *persons* for the purpose of costs.(*a*)

Motion denied.

(*a*) In like manner, this court sometimes give costs against one who moves for a mandamus, if the motion be opposed, though it be denied; and therefore no cause of action be commenced. (*Ex parte Root*, 4 Cowen's Rep. 548.)